IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL BELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-23-1027-R |
| ) | |
| LT FNU NELSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Shon T. Erwin's Report and Recommendation [Doc. 5] in this matter. Judge Erwin ordered Plaintiff to cure deficiencies in his Complaint on November 15, 2023 [Doc. 4]. Plaintiff failed to do so. Judge Erwin now recommends this action be dismissed without prejudice due to Plaintiff's failure to comply with the Order. Plaintiff did not object to the Report and Recommendation in a timely manner.

The Court ADOPTS the Report and Recommendation [Doc. 5] in its entirety. Plaintiff's Complaint is dismissed without prejudice.

**IT IS SO ORDERED** this 6th day of February, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE